No. 11–8113. GADSDEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–8154. HOWELL v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–8238. BARNETT v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–8283. MADUKA v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–8297. MCDANIELS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–8365. PLUGH v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–8378. ANYANWU v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–8428. MCKINNON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–1529. KELLY v. WEST VIRGINIA BOARD OF LAW EXAMINERS ET AL., *ante*, p. 826;
No. 10–10833. ESSETT v. UNITED STATES, *ante*, p. 1058;
No. 11–74. HARDY, WARDEN v. CROSS, *ante*, p. 65;
No. 11–283. FOX v. WARDY ET AL., *ante*, p. 945;

No. 11–358.  SAWYER v. WORCESTER ET AL., *ante*, p. 1060;

No. 11–490.  DIXON v. HENNEPIN COUNTY HUMAN SERVICES DEPARTMENT ET AL., *ante*, p. 1094;

No. 11–575.  CARSON v. UNITED STATES OFFICE OF SPECIAL COUNSEL, *ante*, p. 1101;

No. 11–5315.  HINES v. TENNESSEE, *ante*, p. 1080;

No. 11–5384.  JACOBSON ET AL. v. SCHWARZENEGGER ET AL., *ante*, p. 1080;

No. 11–5606.  KALFOUNTZOS v. UNITED STATES RAILROAD RETIREMENT BOARD, *ante*, p. 980;

No. 11–5718.  HIRSCH v. ENOCH PRATT FREE LIBRARY ET AL., *ante*, p. 1063;

No. 11–5937.  SCHIED v. WARD ET AL., *ante*, p. 981;

No. 11–5945.  IN RE SCHIED, *ante*, p. 975;

No. 11–6015.  SCHIED v. SNYDER ET AL., *ante*, p. 982;

No. 11–6187.  AGUIRREZ MATOS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 1016;

No. 11–6336.  BRADLEY v. CONNECTICUT, *ante*, p. 1039;

No. 11–6386.  McDOWELL v. MISSISSIPPI ET AL., *ante*, p. 1040;

No. 11–6395.  HOLLINS v. FULTON COUNTY, GEORGIA, ET AL., *ante*, p. 1040;

No. 11–6402.  FORNESS v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 1017;

No. 11–6577.  LANCASTER v. BIGELOW, WARDEN, ET AL., *ante*, p. 1041;

No. 11–6591.  ROLON v. BEACON COS. ET AL., *ante*, p. 1066;

No. 11–6592.  KING v. TEXAS, *ante*, p. 1066;

No. 11–6620.  DOSSETT v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 1067;

No. 11–6679.  CASH v. LOUISIANA, *ante*, p. 1082;

No. 11–6681.  CLARK v. UNITED STATES, *ante*, p. 994;

No. 11–6703.  CASTON-GOODJOHN v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 1042;

No. 11–6708.  NAJAFIAN v. CAPITAL ONE N. A. ET AL., *ante*, p. 1082;

No. 11–6724.  ROSEN v. NORTH SHORE TOWERS APARTMENTS, INC., *ante*, p. 1083;

No. 11–6771.  MOYA-FELICIANO v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1068;

No. 11–6775.   DYDZAK *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, *ante,* p. 1095;

No. 11–6801.   MASON *v.* GODINEZ, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 1068;

No. 11–6848.   BRADDOCK *v.* RAPELJE, WARDEN, *ante,* p. 1096;

No. 11–6869.   CARLSON *v.* DOOLEY, WARDEN, *ante,* p. 1069;

No. 11–6889.   IN RE SINGH, *ante,* p. 1013;

No. 11–6911.   BUCK *v.* UNITED STATES, *ante,* p. 1044;

No. 11–6989.   ISRAEL *v.* UNITED STATES, *ante,* p. 1070;

No. 11–7026.   JOHNSON *v.* UNITED STATES, *ante,* p. 1071;

No. 11–7094.   MARTIN *v.* WISCONSIN, *ante,* p. 1084;

No. 11–7163.   HARRIS *v.* UNITED STATES, *ante,* p. 1086;

No. 11–7275.   PURPURA ET AL. *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL., *ante,* p. 1127;

No. 11–7291.   CEGLEDI *v.* UNITED STATES, *ante,* p. 1099; and

No. 11–7873.   GIRARD *v.* UNITED STATES, *ante,* p. 1172.   Petitions for rehearing denied.

No. 10–11243.   CLARK *v.* RICHMOND DEPARTMENT OF SOCIAL SERVICES, *ante,* p. 874.   Motion for leave to file petition for rehearing denied.

No. 11–6165.   HANEY *v.* ADAMS, WARDEN, *ante,* p. 1022.   Petition for rehearing denied.   JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–7034.   NIBLOCK *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA ET AL., *ante,* p. 1073; and

No. 11–7162.   FORD *v.* UNITED STATES, *ante,* p. 1087.   Petitions for rehearing denied.   JUSTICE KAGAN took no part in the consideration or decision of these petitions.

FEBRUARY 27, 2012

No. 10–458.   SHEETS, WARDEN *v.* SIMPSON.   C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Howes* v. *Fields, ante,* p. 499.

No. 11–8080.   MCCARTNEY *v.* LEBLANC, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.